# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

E-filing

FILED
08 JUL 17 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA

CR 08 0476

V.

JOVEL SALAS-ARROYO,
a/k/a Joel Solis Salas,
a/k/a Jovel Arroyo Salas,
a/k/a Joel Gutierrez Gonzalez,
a/k/a Santiago Arceo Cuevas
a/k/a Alfonso Villa Salas

DEFENDANT(S).

WHA

---

## INDICTMENT

Violation: 8 U.S.C. Section 1326 – Illegal Reentry Following Deportation

---

A true bill.   INDICT

_____
                                    Foreman

Filed in open court this __17__ day of July 2008

Brenda Tolbert
_____
                                    Clerk

Bail, $ _____

MARIA-ELENA JAMES

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

FILED (stamp)

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien after Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**

▶ JOVEL SALAS-ARROYO

DISTRICT COURT NUMBER: **CR 08 0476 WHA**

**DEFENDANT**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Agent Polly E. Kaiser, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE    } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant    } MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    } 3-08-70402 MEJ

Name and Office of Person Furnishing Information on this form: **JOSEPH P. RUSSONIELLO**

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **Katherine B. Dowling**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year **6/30/2008**

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
08 JUL 17 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08 0476 WHA |
| --- | --- | --- |
| Plaintiff, | ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. | ) | |
| JOVEL SALAS-ARROYO, a/k/a Joel Solis Salas, a/k/a Jovel Arroyo Salas, a/k/a Joel Gutierrez Gonzalez, a/k/a Santiago Arceo Cuevas a/k/a Alfonso Villa Salas | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about March 17, 2003, November 1, 1998, and February 13, 1995, the defendant,

JOVEL SALAS-ARROYO,
a/k/a Joel Solis Salas,
a/k/a Jovel Arroyo Salas,
a/k/a Joel Gutierrez Gonzalez,
a/k/a Santiago Arceo Cuevas
a/k/a Alfonso Villa Salas,

INDICTMENT                               1

1  an alien, was excluded, deported and removed from the United States, and knowingly and
2  voluntarily reentered the United States and, thereafter, on or about June 30, 2008, was found in
3  the Northern District of California, the Attorney General of the United States and the Secretary for
4  Homeland Security not having expressly consented to a re-application by the defendant for
5  admission into the United States, in violation of Title 8, United States Code, Section 1326.
6
7  DATED:                                            A TRUE BILL.
8  7-17-08
9                                                   /s/ James E. [signature]
                                                     FOREPERSON
10 JOSEPH P. RUSSONIELLO
   United States Attorney
11
12 /s/ Kyle F. Waldinger
13 KYLE WALDINGER
   Deputy Chief, Major Crimes Division
14
15 (Approved as to form: /s/ Kate D. )
                          AUSA DOWLING
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                          2