IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

JOVEL SALAS-ARROYO,

        Defendant.
        _____/

No. C 08-00476 WHA

**Clerk's Notice
Rescheduling Hearing**

(**Defendant** shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Change of Plea/Sentencing has been rescheduled for Wednesday, August 6, 2008 at **1:30** p.m., before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Parties requesting a continuance shall submit a stipulation and proposed order.

Dated: August 5, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Frank Justiliano
    Courtroom Deputy to the
    Honorable William Alsup