**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 6, 2008

Case No.:  CR 08-0476

Title:  UNITED STATES -v- JOVEL SALAS-ARROYO (custody)

Appearances:
        For the Government:  Katherine Dowling

        For the Defendant(s): Elizabeth Falk and Geoffrey Hansen

Interpreter: Melinda Basker (sworn) - Spanish          Probation Officer: n/a

Deputy Clerk: Frank Justiliano          Court Reporter:  Katherine Sullivan

**PROCEEDINGS**

1)    Change of Plea / Sentencing

2)

Case continued to **Wednesday  8/20/08  @ 1:30 pm**    for Change of Plea/Status

Time Excluded:   **Begins:**          **Ends:**

**ORDERED AFTER HEARING:**

Ms. Falk informed the Court that she was just handed a tape of Mr. Salas-Arroyo's   deportation
and that Mr. Hansen will now takeover the case.   By agreement of the parties, the Court grants
the continuance.