UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 20, 2008

Case No.: CR 08-00476 WHA

Title: UNITED STATES -v- JOVEL SALAS-ARROYO (custody)

Appearances:

    For the Government: Kathleen Dowling

    For the Defendant(s): Geoff Hansen

Interpreter: Daniel Navarro (Spanish Interpreter)    Probation Officer: n/a

Deputy Clerk: Dawn Toland    Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) Status - HELD

2) Change of Plea - NOT HELD

Case continued to 9/2/08 at 2:00 pm for Change of Plea/Sentencing (fast track)

**ORDERED AFTER HEARING:**

Time is excluded from today until 9/2/08 for continuity of counsel.