UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 2, 2008

Case No.: CR 08-00476 WHA

Title: UNITED STATES -v- JOVEL SALAS-ARROYO (custody)

Appearances:

    For the Government: Kathleen Dowling

    For the Defendant(s): Geoff Hansen

Interpreter: Melinda Basker      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Kathy Sullivan

**PROCEEDINGS**

1) Change of Plea - HELD

2) _____

Case continued to **11/18/08 at 2:00pm** for Sentencing

**ORDERED AFTER HEARING:**

Parties were unable to agree on the defendants criminal history, so a presentence report will need to be prepared.

Defendant signed a Plea Agreement filed and entered a guilty plea to the One-Count Indictment. Probation referral form given to defense counsel.