BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SALAS-ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08 - 0476 |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |
| JOVEL SALAS-ARROYO, | |
| Defendant. | |

Undersigned counsel stipulate as follows:

1. Sentencing in this matter is currently set for November 18, 2008;

2. Defense counsel has been scheduled to teach in a training seminar for new Federal Public Defenders during the week of November 17, 2008;

3. Government counsel will be away at training the week of December 1, 2008, and is unavailable the week of December 8, 2008;

4. The Court's courtroom deputy has indicated that is would be preferable to move the sentencing in this matter to December 16, 2008.

5. United States Probation Officer Joshua Sparks has been contacted by defense

STIP. TO CONTINUE SENTENCING DATE            1

counsel, and has no objection to a continuance of the sentencing date until December 16, 2008.

**IT IS SO STIPULATED**

Dated: 11/10/08 _____/s/_____
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender

Dated: 11/10/08 _____/s/_____
CATHERINE DOWLING
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing date in the aforementioned matter set for November 18, 2008 is vacated. The sentencing date shall be continued to December 16, 2008 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: November 13, 2008

IT IS SO ORDERED
Judge William Alsup

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIP. TO CONTINUE SENTENCING DATE 2